IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| United States of America, <br> Plaintiff, <br><br> v. <br><br> JENNIFER BOGGAN, <br> SSN: \*\*\*-\*\*-3063 <br> Defendant, <br><br> and <br><br> MONTGOMERY COUNTY AUDITOR <br><br> Garnishee. | Case No: 3:14-CR-022 <br> JUDGE RICE |

## JOINT AGREED FINAL ORDER IN GARNISHMENT

The United States of America, by its representative the United States Attorney for the Southern District of Ohio, Defendant, Jennifer, and Garnishee, Montgomery County Auditor agree and stipulate that:

1. This debt arises from a judgment entered in favor of the Plaintiff against Defendant in in the amount of $50,564.02 in Case No. 3:14-CR-022. The amount of the debt that remains unpaid and due and owing is: $49,769.02 as of December 26, 2018, with additional interest accruing if applicable.

2. Defendant's last known address is: 3396 Miljoie Drive, Cincinnati, OH 45244.

3. Garnishee is believed to have in its possession, custody or control, property of the Defendant in the form of wages and/or bonuses paid to the Defendant.

4. The name and address of the Garnishee or its authorized agent is:

Montgomery County Auditor
451 W 3rd Street, 4th Floor
Dayton, OH 45422

5. Defendant waives service of an Application for a Writ of Continuing Garnishment pursuant to '3205 of the Federal Debt Collection Procedures Act, 28 U.S.C. '3205, and further waives his right to a hearing under '3205 of the Federal Debt Collection Procedures Act, 28 U.S.C. '3205 and any other process to which the Defendant may be entitled under the Act.

6. Garnishee waives service of an Application for a Writ of Continuing Garnishment pursuant to '3205 of the Federal Debt Collection Procedures Act, 28 U.S.C '3205 and further waives its right to answer and waives being heard in this matter and any other process to which the Garnishee may be entitled under the Act.

7. Defendant agrees and stipulates that her wages and/or bonuses are subject to garnishment and expressly agrees and stipulates that the entry of a Final Order in Garnishment is proper.

8. The parties therefore agree and stipulate to the entry of a Final Order in Garnishment against all non-exempt wages and/or bonuses of Defendant, Jennifer Boggan. It is expressly agreed and stipulated to by the parties that the Garnishee, Montgomery County Auditor shall pay into the hands of the United States Attorney, Bi-weekly $30.00 of Defendant=s disposable income from wages and/or bonuses.

9. The parties further agree and stipulate that these sums are to be applied upon the judgment rendered in this cause in the sum of $50,564.02, upon which there is an unpaid balance of $49,769.02. These deductions are to continue until the unpaid balance is fully paid and satisfied, or until the Garnishee no longer has custody, possession or control of any property belonging to Defendant, or until further Order of this Court.

10. Garnishment checks should be made payable to:

   THE CLERK, U.S. DISTRICT COURT

Please reference the Defendant's name, Jennifer Boggan and Case No. 3:14-CR-022 and mailed payments to:

   CLERK U.S. DISTRICT COURT 200 WEST SECOND ST., RM #712 DAYTON, OH 45402

11. This Order shall take effect immediately.

Agreed:

BENJAMIN C. GLASSMAN
United States Attorney

*(signature)*

BETHANY J. HAMILTON (0075139)
Assistant United States Attorney
Attorney for Plaintiff
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614)469-5715
Fax: (614)469-5240
Bethany.Hamilton@usdoj.gov

*(signature)*

Jennifer Boggan, Defendant
3396 Miljoie Drive
Cincinnati, OH 45244

*(signature)*

Montgomery County Auditor, Garnishee
Attn: Human Resources/Payroll
451 W 3rd Street, 4th Floor
Dayton, OH 45422

APPROVED AND SO ORDERED this _15_ day of _February_, 20(_).

*(signature)*
UNITED STATES DISTRICT JUDGE